NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY T. ALLEN, )
)
      Appellant, )
)
v. )     Case No. 2D18-2381
)
STATE OF FLORIDA, )
)
      Appellee. )
)

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan, Judge.

Johnny T. Allen, pro se.

PER CURIAM.

      Affirmed.

CASANUEVA, MORRIS, and SMITH, JJ., Concur.